**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH G. AULISIO, | No. 4:22-CV-01413 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT MORRIS L. HOUSER, | |
| Respondent. | |

## ORDER

**AND NOW**, this 14th day of November 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Joseph G. Aulisio's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2.  A certificate of appealability shall not issue, as Aulisio has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3.  Respondent's motion (Doc. 23) to strike Aulisio's declarations is **DISMISSED** as moot.

4.  Aulisio's motion (Doc. 28) for default judgment is **DENIED**.

5.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge